**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EBONY MONTGOMERY** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 26-cv-1038** |
| | : | |
| **ALLSTATE INSURANCE COMPANY,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **30th** day of **April 2026**, upon consideration of Defendant Allstate Insurance Company's Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12 (the "Motion to Dismiss and Motion to Strike") (ECF No. 12), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 14), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss and Motion to Strike (ECF No. 12) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

2. Defendant shall file an answer to Plaintiff's Complaint on or before **May 14, 2026**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**